# No. 24-70007

# In the United States Court of Appeals for the Fifth Circuit

ELIJAH DWAYNE JOUBERT,
*Petitioner-Appellant*,

v.

BOBBY LUMPKIN, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,
*Respondent-Appellee.*

Appeal from the United States District Court
for the Southern District of Texas,
No. 4:13-cv-3002

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION AND BRIEF FOR CERTIFICATE OF APPEALABILITY BY JANUARY 20, 2025

On November 1, 2024, this set the deadline for Petitioner-Appellant Elijah Joubert's motion and brief in support of a certificate of appealability (COA) at December 11, 2024. ECF No. 17. Now, pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 26.2, Mr. Joubert requests an extension of forty days, through January 20, 2025,

1

in which to apply for a COA. Counsel for Mr. Joubert has conferred with counsel for the Director, who stated he is unopposed to this request.

Good cause for an extension exists due to work that Mr. Joubert's lead counsel, Benjamin H. McGee, III, was already obligated to perform in other capital habeas cases, including *Micah Brown v. Bobby Lumpkin*, Case No. 23-70004. There, Mr. McGee and his co-counsel had until November 8, 2024, in which to file a petition for panel rehearing in this Court.

There is further good cause for the requested extension. Mr. McGee and his co-counsel in this case, Tivon Schardl, had already scheduled travel and time away from work during the week of the Thanksgiving holiday, beginning November 24 through December 1. Furthermore, Mr. Schardl is already obligated to serve as an instructor at the Administrative Office's national conference for new federal defender attorneys that will take place in San Antonio the week of December 9. Finally, the complexity of the issues presented in this case also warrants an extension.

## REQUEST FOR RELIEF

For all the reasons given above, Mr. Joubert respectfully requests this Court extend the time in which to file a motion and brief in support of a certificate of appealability by forty days, through January 20, 2025.

Respectfully submitted,

>MAUREEN FRANCO
>Federal Public Defender
>Western District of Texas
>
>/s/ Benjamin H. McGee, III
>BENJAMIN H. MCGEE, III
>Assistant Federal Public Defender
>919 Congress Avenue, Suite 950
>Austin, Texas 78701
>737-307-3020 (tel) / 512-499-1584 (fax)
>humphreys_mcgee@fd.org
>
>*Counsel for Petitioner-Appellant*

DATED: DECEMBER 2, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I served the foregoing unopposed motion for extension of time on all registered users and counsel of record for Respondent-Appellee via the Court's CM/ECF Document Filing System.

This 2nd day of December 2024.

/s/ Benjamin H. McGee, III  
BENJAMIN H. MCGEE, III  
Assistant Federal Public Defender  
*Counsel for Elijah Joubert*