No. 24-70007

ELIJAH DWAYNE JOUBERT,

*Petitioner–Appellant*,

v.

ERIC GUERRERO, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,

*Respondent–Appellee*.

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division

## RESPONDENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
   for Criminal Justice

Tomee M. Heining
Acting Chief,
   Criminal Appeals Division

TRAVIS G. BRAGG
Assistant Attorney General
   *Counsel of Record*

Post Office Box 12548,
Capitol Station
Austin, Texas 78711
512.936.1400
Travis.Bragg@oag.texas.gov

*Counsel for Respondent–Appellee*

## MOTION TO EXTEND TIME

This is a habeas corpus case brought by Petitioner–Appellant Elijah Dwayne Joubert, a Texas inmate sentenced to death. The Director has until February 20, 2025, to file a response in opposition to Joubert's motion for a certificate of appealability. The Director now seeks a forty-day extension of time in which to file this brief. This request is not designed to harass Appellant or cause unnecessary delay in these proceedings. Rather this extension is necessary to review the records, research the claims, and determine the appropriate response.

In addition to preparing this response, undersigned counsel is a supervising attorney of multiple capital and non-capital attorneys. This position adds administrative and substantive work on top of a full capital caseload. Undersigned counsel was also out of the country on a pre-scheduled trip from February 4 through 9. The Director conferred with Appellant's counsel who stated Appellant was not opposed to this request. For these reasons, the Director respectfully moves this Court for an extension of forty days up to and including April 1, 2025, within which to file a response in the instant action.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
   for Criminal Justice

TOMEE M. HEINING
Acting Chief,
   Criminal Appeals Division

*s/ Travis G. Bragg*
Travis G. Bragg
Assistant Attorney General
State Bar No. 24076286
   *Counsel of Record*

Post Office Box 12548, Capitol Station
Austin, Texas 78711-2548
512.936.1400
Travis.Bragg@oag.texas.gov

*Attorneys for Respondent–Appellee*

# CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A). It contains 183 words (except for items exclueded under Rule 32(f), Microsoft Word 365, Century Schoolbook, 14 points.

*s/ Travis G. Bragg*
Travis G. Bragg
Assistant Attorney General

# ELECTRONIC CASE FILING CERTIFICATIONS

I certify that: (1) all required privacy redactions have been made; (2) this electronic submission is an exact copy of the paper document; and (3) this document has been scanned using the most recent version of a commercial virus scanning program and is free of viruses.

*s/ Travis G. Bragg*
Travis G. Bragg
Assistant Attorney General

# CERTIFICATE OF SERVICE

I certify that on February 14, 2025, a copy of the foregoing pleading was filed with the Clerk of the Court using the electronic case-filing system, which will serve all registered counsel in this case.

*s/ Travis G. Bragg*
Travis G. Bragg
Assistant Attorney General