# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 10, 2025
Lyle W. Cayce
Clerk

No. 24-70007

Elijah Dwayne Joubert,

*Petitioner—Appellant*,

*versus*

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee*.

_____

Application for a Certificate of Appealability
from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-3002

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion for leave to file a reply to the response to the motion for a certificate of appealability is GRANTED.

IT IS FURTHER ORDERED that Appellant's unopposed motion for an extension of 31 days, or to and including May 2, 2025 to file the reply is GRANTED, BUT no further extensions will be granted.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT